# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICHARD McINTEE,<br><br>Petitioner,<br><br>v.<br><br>GLEN E. PRATT,<br><br>Respondent. | No. CV 21-02721-ODW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Date: June 29, 2021

OTIS D. WRIGHT II
United States District Judge